UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>  Plaintiff,<br>v.<br><br>SHELLPOINT MORTGAGE SERVICING LLC and DAVID GEORGE NOVELLI,<br><br>  Defendants. | Civil Action No. 3:25-cv-06534-MGL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE SOLELY AS TO DEFENDANT DAVID G. NOVELLI** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and this Court's October 7, 2025 Order (Doc. 14), Plaintiff Newrez LLC d/b/a Shellpoint Mortgage Servicing's ("Newrez"), by and through undersigned counsel, hereby gives notice of its voluntary dismissal of all claims against Defendant David George Novelli ("Defendant") without prejudice. Defendant has not answered or moved for summary judgment. This dismissal without prejudice does not end the action, which will continue as to the remaining defendant.

Dated: October 13, 2025

Respectfully submitted,

*/s/ Carmen Weite*
Ben Milam (Fed. ID No. 12010)
BRADLEY ARANT BOULT CUMMINGS LLP
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
Phone: 704-338-6000
bmilam@bradley.com

Carmen Weite (Fed. ID No. 13698)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Phone: 205-521-8000
cweite@bradley.com

***Attorneys for Plaintiff Newrez LLC d/b/a Shellpoint Mortgage Servicing***

1

## CERTIFICATE OF SERVICE

    This is to certify that on October 13, 2025 the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and mailed to the following parties:

Shellpoint Mortgage Servicing LLC
c/o Registered Agents, Inc.
6650 Rivers Avenue, Suite 100
Charleston, SC 29406

David George Novelli
6050 East Spring Street
Long Beach, CA 90815

                                                */s/ Carmen Weite*
                                                Of Counsel